**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DENISE KRAMER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

VICE MEDIA LLC,

    Defendant.

---

Case No. 1:22-cv-04915-ENV-RML

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Eric R. Fish, of Baker & Hostetler LLP, with offices located at 45 Rockefeller Plaza, New York, New York 10111, hereby enters his appearance as counsel on behalf of Defendant Vice Media LLC in the above-captioned action. Accordingly, it is respectfully requested that any future Notices of Electronic Filing related to this case be forwarded to Eric R. Fish at efish@bakerlaw.com.

Dated: New York, New York
       September 16, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/ Eric R. Fish*
      Eric R. Fish
      Email: efish@bakerlaw.com
      45 Rockefeller Plaza
      New York, NY 10111
      Telephone:  212.589.4200
      Facsimile:   212.589.4201

*Attorneys for Defendant Vice Media LLC*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 16, 2022, he caused a true and correct copy of the foregoing **Notice of Appearance** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Eric R. Fish