AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Denise Kramer | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cv-04915-ENV-RML |
| Vice Media LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Denise Kramer.

Date: 09/20/2022

/s/ Philip L. Fraietta
*Attorney's signature*

Philip L. Fraietta, Bar. No. 5297825
*Printed name and bar number*

Bursor & Fisher, P.A.
888 Seventh Avenue, 3rd Floor
New York, NY 10106
*Address*

pfraietta@bursor.com
*E-mail address*

(646) 837-7150
*Telephone number*

(212) 989-2163
*FAX number*