IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE KRAMER and JENNIFER GALES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VICE MEDIA LLC,<br><br>    Defendant. | Civil Action No.: 1:22-cv-04915-ENV-RML |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Denise Kramer and Jennifer Gales hereby dismiss with prejudice all claims against Defendant Vice Media LLC.

Dated: White Plains, New York
    September 30, 2025

                /s/ Philip L. Fraietta
                Philip L. Fraietta

              **BURSOR & FISHER, P.A.**
              Philip L. Fraietta
              50 Main Street, Suite 475
              White Plains, NY 10606
              Telephone: (914) 874-0710
              Facsimile: (914) 206-3656
              Email: pfraietta@bursor.com

              *Attorneys for Plaintiff*

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 10/1/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The clerk of court is directed to close this case.